### In re GEORGIA SOUTHWESTERN COLLEGE, etc., et al., Petitioners.

### No. 81–7275.

United States Court of Appeals,
Fifth Circuit.
Unit B

June 18, 1981.

Before TJOFLAT, VANCE, and THOMAS A. CLARK, Circuit Judges.

BY THE COURT:

IT IS ORDERED that petitioners' petition for rehearing of this court's order of 1981, 649 F.2d 383, is DENIED.

THOMAS A. CLARK, Circuit Judge, dissenting.